UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
June 9, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
v. )
)
NATHAN BERNARD JOHNSON, )
)
    Defendant. )

Case No. 2:17-mj-00099-EFB

ORDER FOR RELEASE OF PERSON IN CUSTODY

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, NATHAN BERNARD JOHNSON, Case No. 2:17-mj-00099-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  **X**  Release on previously imposed supervised release conditions.

  ___  Bail Posted in the Sum of: $

      ___  Co-Signed Unsecured Appearance Bond

      ___  Secured Appearance Bond

  **X**  (Other) Conditions as stated on the record.

  **X**  (Other) The Defendant is ordered to contact the probation officer in the Eastern District of Oklahoma on 6/12/2017.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 6/9/2017 at 2:25 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge